# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                         No. 4:15CR0038-28 JM

**DORIS JEAN JOHNSON**

### ORDER

Pending is the government's motion to dismiss.  (Docket #443). The motion is GRANTED. The indictment, superseding indictment and second superseding indictment against Doris Jean Johnson are  hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of January, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE